IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT SURVIVORS, et al., | ) No. 3:20-cv-06787-JSC |
| | ) |
| Plaintiffs, | ) [~~PROPOSED~~] **ORDER APPROVING** |
| | ) **JOINT STIPULATION TO AMEND** |
| v. | ) **DEADLINE FOR PLAINTIFFS' MOTION** |
| | ) **FOR ATTORNEYS' FEES AND COSTS** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to the joint stipulation between Plaintiffs and Defendants and for good cause shown, the deadline for Plaintiffs' filing of any motion to recover attorneys' fees and costs under the Endangered Species Act, 16 U.S.C. § 1540(g) and/or the Equal Access to Justice Act, 28 U.S.C. § 2412, is hereby **AMENDED** to October 28, 2022.

**IT IS SO ORDERED.**

DATED: July 26, 2022.

*Jacqueline Scott Corley*

THE HONORABLE JACQUELINE S. CORLEY
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER
No. 3:20-cv-06787-JSC